UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00249-APG-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Motions for Joinder) |
| WEI SENG PHUA, et al., | (Dkt. ##233, 235, 236, 237, 238, 239, 240) |
| Defendants. | |

    Before the court are various Motions for Joinder (Dkt. ##233, 235, 236, 237, 238, 239, 240). The court has reviewed the motions and finds that they should be granted. Accordingly,

    **IT IS ORDERED** that the Motions for Joinder (Dkt. ##233, 235, 236, 237, 238, 239, 240) are **GRANTED**.

    DATED this 10th day of November, 2014.

                                                                 PEGGY A. LEEN
                                                                 UNITED STATES MAGISTRATE JUDGE